USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, *on behalf of herself and all others similarly situated*,

                Plaintiff,

v.

THE PAPER STORE, LLC,

                Defendant.

No. 20-CV-2298 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On May 29, 2020, the Court granted Defendant's request for an extension until June 29, 2020 to answer, move, or otherwise respond to the Complaint. Defendant has not done so. Defendant shall do so by July 17, 2020. If Defendant fails to do so, and Plaintiff intends to move for default judgment, she shall do so by August 31, 2020.

SO ORDERED.

Dated:    July 10, 2020
            New York, New York

                                      Ronnie Abrams
                                      United States District Judge