```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, *on behalf of herself and all others similarly situated*,

                Plaintiff,

v.

THE PAPER STORE, LLC,

                Defendant.

No. 20-CV-2298 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Defendant has filed a Notice of Suggestion of Bankruptcy stating that it has filed a Chapter 11 case before the United States Bankruptcy Court for the District of Massachusetts. *See* Dkt. 19. Accordingly, this action is hereby stayed pending the bankruptcy proceedings. Defendant shall file a letter no later than October 7, 2020 updating the Court as to the status of those proceedings.

SO ORDERED.

Dated:    August 7, 2020
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge